■ QUOTRON SYSTEMS, INC., Respondent, v IVAN E. IRIZARRY et al., Appellants.—Judgment, Supreme Court, New York County, entered on December 21, 1977, unanimously affirmed, without costs and without dis-

bursements. (See *Matter of Trans-Lux Corp. v Finance Administrator of City of N. Y.,* 62 AD2d 962; *Matter of Crystal v City of Syracuse, Dept. of Assessment,* 38 NY2d 883, affg 47 AD2d 29.) No opinion. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.